# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 24, 2019

In re:
    Samuel Otero
    Debtor*

Case Number: 19–50349 jam
Chapter: 7

MTGLQ Investors, L.P.
Movant(s)

v.

Samuel Otero
Richard M. Coan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); MTGLQ Investors, L.P. (the "Movant"), filed a Motion for Relief from Stay dated May 30, 2019 (the "Motion", ECF No. 28).   After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 1071–1075 Kossuth Street, Bridgeport, Connecticut 06608, in accordance with applicable non–bankruptcy law.

Dated: June 24, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.